**97–2333.   Ameritech Ohio v. Pub. Util. Comm.**
Public Utilities Commission, No. 96–1175–TP–ORD.   This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio.   Upon consideration of appellant's application for dismissal,
   IT IS ORDERED by the court that the application for dismissal be, and hereby is, dismissed.

*Wednesday, June 17, 1998*

## MERIT DOCKET

**98–818.   Gadd v. State.**
In Mandamus.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.
   MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–842.   State ex rel. Melnik v. Ohio Adult Parole Auth.**
In Mandamus.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.
   MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.
   COOK and LUNDBERG STRATTON, JJ., dissent and would grant an alternative writ.

**98–861.   State ex rel. Boggs v. Ohio Adult Parole Auth.**
In Mandamus.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.
   MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.
   COOK and LUNDBERG STRATTON, JJ., dissent and would grant an alternative writ.

**98–879.   State ex rel. Codner v. Ohio Adult Parole Auth.**
In Mandamus.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.
   MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.
   COOK and LUNDBERG STRATTON, JJ., dissent and would grant an alternative writ.

**98–889.   State ex rel. Lincoln v. Ohio Adult Parole Auth.**
In Mandamus.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.
   MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.
   COOK and LUNDBERG STRATTON, JJ., dissent and would grant an alternative writ.

**98–923.   State ex rel. Mangiopane v. Brigano.**
In Habeas Corpus.   *Sua sponte,* cause dismissed.
   MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–995.   Klostermeyer v. State.**
In Habeas Corpus.   *Sua sponte,* cause dismissed.
   MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–1004.   Key v. Mohr.**
In Habeas Corpus.   *Sua sponte,* cause dismissed.
   MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–1023.   Cook v. Anderson.**
In Habeas Corpus.   *Sua sponte,* cause dismissed.
   MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–1038.   Szigethy v. Ohio Adult Parole Bd.**
In Habeas Corpus.   *Sua sponte,* cause dismissed.
   MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.